**November 14, 1985**

**(708 P2d 620)**

City of Portland v. Iorio (A34783).
  Reversed and remanded for further proceedings. *City of Portland v. Gatewood,* 76 Or App 74, 708 P2d 615 (1985).

**(708 P2d 1208)**

In the Matter of the Compensation of Scott, Michael J., Claimant. Scott v. State Accident Insurance Fund Corporation et al (A34666).
  Affirmed. *Clemmer v. Boise Cascade Corp.,* 75 Or App 404, 706 P2d 592 (1985).

**(708 P2d 1209)**

State v. Drake, Ruth Barbara (A35854); State v. Yobp, Dawn Marie (A35910).
  Affirmed. *State v. Allen,* 74 or App 275, 702 P2d 1118, *rev den* 300 Or 111 (1985).
State v. Jackson, Homer Lee (A35109).
  Affirmed. *State v. Caraher,* 293 Or 741, 653 P2d 942 (1982).